IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02294-PSF-MJW

VALARIE KAY KRALICEK,

      Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS RIO BLANCO COUNTY; and
BONNIE RUCKMAN, Individually and in her official capacity as Director of
the Rio Blanco County Department of Social Services,

      Defendants.

---

## ORDER TO RESPOND

---

     This matter is before the Court on Plaintiff's "Motion for Temporary Restraining Order and for Preliminary Injunction Pursuant to Fed. R. Civ. P. 65" (Dkt. # 3), filed November 15, 2005.

     Based on the limited record before it, the Court is concerned that it may lack or decline subject matter jurisdiction under an abstention doctrine, particularly to effectively enjoin the permanency plan hearing set for November 18, 2005 in an underlying state court case.  Even if this Court possesses jurisdiction to issue a temporary restraining order in the form requested, the necessity for emergency (as opposed to expedited or prompt) relief is not apparent.  Therefore, defendants Board of County Commissioners Rio Blanco County and Bonnie Ruckman are hereby ORDERED TO RESPOND to Plaintiff's Motion by **Tuesday, November 22, 2005, at 5:00 p.m.**  Plaintiff shall have until **Tuesday, November 29, 2005 at 5:00 p.m.** to file a

Reply.  Jurisdictional issues shall be addressed by both sides.  The Court shall

promptly determine if a hearing is necessary on the Motion after such briefing is

complete.

      DATED: November 15, 2005.

                                       BY THE COURT:

                                       *s/ Phillip S. Figa*
                                       _____
                                       Phillip S. Figa
                                       United States District Judge