IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02294-PSF-MJW

VALARIE KAY KRALICEK,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS RIO BLANCO COUNTY; and
BONNIE RUCKMAN, Individually and in her official capacity as Director of
the Rio Blanco County Department of Social Services,

    Defendants.

## ORDER SETTING HEARING

This matter is before the Court on Plaintiff's "Motion for Temporary Restraining Order and for Preliminary Injunction Pursuant to Fed. R. Civ. P. 65" (Dkt. # 3), filed November 15, 2005; and Plaintiff's "Unopposed Motion for Leave to File Amended and Supplemental Complaint" (Dkt. # 11), filed November 29, 2005.

Pursuant to an Order of this Court dated November 15, 2005 (Dkt. # 5), Defendants filed a Response to Plaintiff's Motion for Temporary Restraining Order and for Preliminary Injunction on November 22, 2005 (Dkt. # 8). Plaintiff Valarie Kay Kralicek filed her Reply on November 29, 2005 (Dkt. # 13).

The Court will hold a hearing on the preliminary injunction part of plaintiff's motion on **Wednesday, December 28, 2005 at 10:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A602, 6th Floor, Arraj Courthouse, 901

19th Street, Denver, Colorado.  Counsel may present live testimony if necessary, in addition to the affidavit testimony previously tendered.

Counsel are directed to confer in advance, and to provide to the Court no later than **Wednesday, December 21, 2005** a Statement of Stipulations, for purposes of expediting consideration of the preliminary injunction motion.

It is FURTHER ORDERED that plaintiff's motion to file an amended complaint (Dkt. #11) is **GRANTED**.

DATED: December 12, 2005.

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge