IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02294-PSF-MJW

VALARIE KAY KRALICEK,

Plaintiff(s),

v.

BOARD OF COUNTY COMMISSIONERS RIO BLANCO COUNTY, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendants' Unopposed Motion to Vacate and Re-Set Settlement Conference (docket no. 21) is GRANTED.  The Settlement Conference set before Magistrate Judge Watanabe on December 16, 2005, at 10:30 a.m. is VACATED and is RESET on December 21, 2005, at 3:00 p.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.  The parties and counsel shall be present, **in person**, for this settlement conference.  The court will order that the parties submit their confidential settlement statements to Magistrate Judge Watanabe on or before Monday, December 19, 2005, instead of December 15, 2005.

     It is FURTHER ORDERED that Plaintiff's Motion for Leave to Allow Plaintiff to Appear by Telephone (docket no. 20) is DENIED.

     ECF participants shall e-mail their Confidential Settlement Statements to chambers with a subject line "Confidential Settlement Statement" to: Watanabe_Chambers@cod.uscourts.gov, no later than five (5) business days prior to the settlement conference date.  The Confidential Settlement Statement should be in PDF format and sent as an *attachment* to the e-mail.  Statements containing more than 15 pages *should also be submitted to chambers on paper* (hard copy), with the envelope addressed to "Magistrate Judge Watanabe Chambers, Personal and Confidential".  Confidential Settlement Statements prepared by parties not represented by counsel, or without access to ECF, shall be submitted on paper to the Clerk's Office.

Date:   December 15, 2005