IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02294-PSF-MJW

VALARIE KAY KRALICEK,

      Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS RIO BLANCO COUNTY;
RIO BLANCO COUNTY BOARD OF SOCIAL SERVICES;
RIO BLANCO COUNTY DEPARTMENT OF SOCIAL SERVICES; and
BONNIE RUCKMAN, Individually and in her official capacity as Director
of the Rio Blanco County Department of Social Services,

      Defendants.

---

## ORDER GRANTING DISMISSAL

---

THIS MATTER, having come before the Court on the parties' Stipulation for

Dismissal With Prejudice (Dkt. # 39), and the Court being fully advised in the premises,

it is hereby

ORDERED that the Stipulation for Dismissal with Prejudice is GRANTED.

Plaintiff's claims against defendants are hereby DISMISSED WITH PREJUDICE, each

party is to bear his, her or its own attorney's fees and costs as agreed among the

parties.

DATED: March 10, 2006

                            BY THE COURT:

                            *s/ Phillip S. Figa*

                            _____

                            Phillip S. Figa
                            United States District Judge